FILED
November 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

DISTRICT COURT Western District of Texas

---

P-26-cv-00085

Barbara Flores

Against COMPLAINT

Vanessa Fang

Vanessa Fang's unrevealed relationship with the superior cast doubt over her above average salary,

Plaintiff files a Title VII complaint against Vanessa Fang.

Barbara Flores

Barbara Flores

2914 Royal St, Mobile, AL 36609

NEW YORK NY 100

29 OCT 2026 PM 9 L

Thinking of You

1776 ★ 2026
USA FOREVER

ALPINE
OCT 3 0 2026
SCREENED BY CSO

**RECEIVED**

NOV 0 2 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY

US District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

79830-203739